UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ASHLI CLARISSA ASHLEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 12-~~05282~~ 5828 -NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>& ORDER |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Ashli Ashley may have an extension until May 24, 2013, in which to file plaintiff's motion for summary judgment, in order to continue settlement discussions between the parties. All amended deadlines will be extended accordingly.

Dated: May 9, 2013

                                            *s/ Kenneth J. Collins*
                                          KENNETH J. COLLINS
                                          Attorney for Plaintiff

                                          MELINDA L. HAAG
                                          United States Attorney

Dated: May 9, 2013

                                          *s/ Jeffrey Chen*
                                          JEFFREY CHEN
                                          Special Assistant United States Attorney
                                          (as authorized by telephone)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 13, 2013

                                          Hon.
                                          United States Magistrate Judge