UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ASHLI CLARISSA ASHLEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 12-~~05282~~-NJV  5828<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br>& ORDER |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Ashli Ashley may have an extension until May 24, 2013, in which to file plaintiff's motion for summary judgment, in order to continue settlement discussions between the parties.  All amended deadlines will be extended accordingly.

Dated:  May 9, 2013

*s/ Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated:  May 9, 2013

*s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
(as authorized by telephone)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 13, 2013

Hon. Judge Nandor J. Vadas
United States Magistrate Judge

-1-