MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, SBN 260516
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    E-Mail: Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLI CLARISSA ASHLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:12-CV-05828-NJV<br><br>DEFENDANT'S NOTICE OF THE FEDERAL GOVERNMENT'S APPROPRIATION OF FUNDS; APPLICATION TO LIFT STAY AND REQUEST FOR FOURTEEN DAY EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>& ORDER |

Defendant United States of America hereby notifies the Court that funds have been appropriated for the federal government, effective October 17, 2013. The stay in this action, entered by the Court on October 2, 2013, may now be lifted.

In addition, Defendant requests an additional extension of 14 days, because of the disruption caused by the government shutdown, and after which the Office of the General Counsel had to communicate and coordinate procedure with various U.S. Attorney Offices as well as manage the additional workload received during the shutdown from cases not stayed.

Notice, 1:12-CV-05828-NJV                      1

The new due date for Defendant's motion for summary judgment will be Wednesday, November 6, 2013.

Respectfully submitted,

Date: *October 22, 2013*    KENNETH J. COLLINS, ATTORNEY AT LAW

By:   */s/ Kenneth Collins\**
    KENNETH COLLINS
    *\* By email authorization on October 22, 2013*
    Attorney for Plaintiff

Date: *October 22, 2013*    MELINDA HAAG
    United States Attorney

By:   */s/ Jeffrey Chen*
    JEFFREY CHEN
    Special Assistant United States Attorney
    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: October 23, 2013

    _____
    HONORABLE
    UNITED STATES MAGISTRATE JUDGE
    [Signature: Judge Nandor J. Vadas]